**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN SCOZZAFAVA,

  Plaintiff,                                   CASE NO.: 8:16-CV-01408-EAK-TGW

-vs-

NAVIENT SOLUTIONS, INC.

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Brian Scozzafava, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of July, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Dayle M. Van Hoose* |
| Octavio Gomez, Esquire | Dayle M. Van Hoose, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No. 0016277 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 201 N. Franklin Street, 7th Floor | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| T: 813-223-5505 | Telephone: (813) 890-2463 |
| F: 813-223-5402 | Facsimile: (866) 466-3140 |
| TGomez@ForThePeople.com | dvanhoose@sessions.legal |
| *Attorney for Plaintiff* | rmorris@sessions.legal |